UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

FRANK A. MOSLEY,
    Petitioner,

vs.                             Case No.:  3:21cv1430/LAC/ZCB

RICKY D. DIXON,
    Respondent.
_____/

## ORDER

This case is before the Court upon the Magistrate Judge's Report and Recommendation dated November 7, 2024.  (Doc. 24).  The Court furnished the parties a copy of the Report and Recommendation and afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  No objections have been filed.

Having considered the Report and Recommendation, I have determined it should be adopted.

Accordingly, it is **ORDERED**:

1.    The magistrate judge's Report and Recommendation (Doc. 24) is adopted and incorporated by reference in this order.

2.    The petition for writ of habeas corpus under 28 U.S.C. § 2254 (Doc. 1) is **DENIED**.

3. A certificate of appealability is **DENIED**.

4. The Clerk of Court is directed to enter judgment in accordance with this order and close the case.

**DONE AND ORDERED** this 2nd day of January, 2025.


　　　　　　　　　　*s/L.A. Collier*
　　　　　　　　　　**LACEY A. COLLIER**
　　　　　　　　　　**SENIOR UNITED STATES DISTRICT JUDGE**